1  **SO. CAL. EQUAL ACCESS GROUP**
   Jason J. Kim (SBN 190246)
2  Jason Yoon (SBN 306137)
   101 S. Western Ave., Second Floor
3  Los Angeles, CA 90004
   Telephone: (213) 252-8008
4  Facsimile:  (213) 252-8009
   scalequalaccess@yahoo.com
5
   Attorneys for Plaintiff
6  KENNETH DAVIDSON

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11 KENNETH DAVIDSON,

12         Plaintiff,                    **Case No.: 8:20-cv-01469 JLS (ADSx)**
                                         **Assigned to Hon. Josephine L. Staton**
13    vs.

14                                       **JOINT STIPULATION FOR**
                                         **DISMISSAL OF THE ENTIRE**
15 SOON NAM CHOI D/B/A FLAME             **ACTION WITHOUT PREJUDICE**
   BROILER; IHKR, LP; and DOES 1 to
16 10,

17         Defendants.

18

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff KENNETH DAVIDSON ("Plaintiff") and Defendant SOON NAM CHOI D/B/A FLAME BROILER (collectively, the "Parties") stipulate and jointly request that this Court enter a dismissal without prejudice as to the entire above-entitled action, in its entirety.  The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted,

DATED:  October 19, 2020         SO. CAL. EQUAL ACCESS GROUP

By: */s/        Jason J. Kim*
    Jason J. Kim
    Attorneys for Plaintiff

Dated: October 19, 2020         **EAGLE LAW CORP**

By: _____*/s/ Frank A. Satalino*_____
FRANK A. SATALINO
Attorney for Defendant
SOON NAM CHOI D/B/A
FLAME BROILER

Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 19, 2020            By: */s/ Jason J. Kim*
                                        Jason J. Kim