1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILED**
CLERK, U.S. DISTRICT COURT

October 30, 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH DAVIDSON,

        Plaintiff,

  vs.

SOON NAM CHOI D/B/A FLAME BROILER; IHKR, LP; and DOES 1 to 10,

        Defendants.

**Case No.: 8:20-cv-01469 JLS (ADSx)**
**Assigned to Hon. Josephine L. Staton**

~~XXXXXXXXXXX~~ **[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION**

1 | Based on the stipulation of the parties and for good cause shown:

3 | IT IS HEREBY ORDERED that the entire action be dismissed without
5 | prejudice, all parties to bear their own fees and costs.

7 | SO ORDERED.

9 | DATED: October 30, 2020       _____SBL_____
                                   United States District Court Judge